# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ALEJANDRINO LOPEZ, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:25-cv-00568 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| DALLAS COUNTY HOSPITAL § | |
| DISTRICT, § | |
| § | |
| *Defendant.* § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 20, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that Defendant Dallas County Hospital District's Motion to Dismiss (Dkt. #4) be denied in part and granted in part.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Dallas County Hospital District's Motion to Dismiss (Dkt. #4) is hereby **DENIED** to the extent it requests dismissal and **GRANTED** to the extent it requests transfer to the United States District Court for the Northern District of Texas, Dallas Division.

It is **FURTHER ORDERED** that Plaintiff Alejandrino Lopez's case against Defendant Dallas County Hospital District be **TRANSFERED** to the United States District Court for the Northern District of Texas, Dallas Division.

**IT IS SO ORDERED.**

SIGNED this 9th day of February, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE